**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
**-and-**
**SPRIGGS & HOLLINGSWORTH**
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800

Attorneys for Defendants
**Davol Inc., Bard Devices, Inc. and C.R. Bard, Inc.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEVEN KELLIE, an individual, and LORI KELLIE, an individual, and as husband and wife,,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVOL INC., a corporation, BARD DEVICES, INC., a corporation, and C.R. BARD, INC., a corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Removed from: Superior Court of New Jersey Law Division – Camden County<br><br>**CERTIFICATE OF SERVICE**<br><br>Civil Action No.: ______________ |

ANDREW P. HEYMAN hereby certifies as follows

1. I am an associate at the law firm of McCarter & English, LLP attorneys for Defendants Davol, Inc., Bard Devices, Inc., and C.R. Bard, Inc. in this case.

2. On this day, I caused to be filed by electronic filing (1) the Notice of Removal and Copies of All Process and Pleadings in State Court; (2) Rule 7.1 Statement; and (3) Civil Cover Sheet, with the Clerk for the United States District Court for the District of

New Jersey, Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey 08101.

3. Further, on this day, I served, via overnight mail, two copies of the foregoing Notice of Removal and all supporting papers upon counsel for plaintiffs as follows:

James J. McHugh, Jr., Esq.
Regina Sharlow Johnson, Esq.
Niki A. Trunk
LOPEZ MCHUGH LLP
712 East Main Street, Suite 2A
Moorestown, NJ 08057
(856) 273-8500

4. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

BY: [signature]
Andrew P. Heyman