**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
**-and-**
**SPRIGGS & HOLLINGSWORTH**
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800

Attorneys for Defendant
**Davol Inc., Bard Devices, Inc. and C.R. Bard, Inc.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEVEN KELLIE, an individual, and LORI KELLIE, an individual, and as husband and wife,, | Removed from: Superior Court of New Jersey Law Division – Camden County |
| Plaintiffs, | **CORPORATE DISCLOSURE STATEMENT** |
| vs. | Civil Action No.: _______________ |
| DAVOL INC., a corporation, BARD DEVICES, INC., a corporation, and C.R. BARD, INC., a corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

**TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

Davol Inc., Bard Devices, Inc., and C.R. Bard, Inc. pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Bard Devices, Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: June 16, 2008

Respectfully submitted,

McCARTER & ENGLISH, LLP

David J. Cooner
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel.: 973-622-4444
Fax: 973-297-3960

Of Counsel:
Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005
Phone: 202- 898-5800
Fax: 202- 862-1639

Attorneys for Defendants Davol, Inc., Bard Devices, Inc. and C.R. Bard, Inc.