**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
**-and-**
**SPRIGGS & HOLLINGSWORTH**
1350 I Street, NW
Washington, DC 20005
(202) 898-5800

Attorneys for Defendants
***DAVOL INC., BARD DEVICES, INC., and C.R. BARD, INC.***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEVEN KELLIE, an individual, and LORI KELLIE, an individual, and as husband and wife, | |
| Plaintiffs, | Case No.: 08-cv-2984 (RMB) |
| vs. | **NOTICE OF APPEARANCE** |
| DAVOL INC., a corporation, BARD DEVICES, INC., a corporation, and C.R. BARD, INC., a corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

McCarter & English, LLP, by David J. Cooner, a member of the Firm, and Andrew P. Heyman, an associate of the Firm, hereby enters its appearance in this matter on behalf of the defendants Davol Inc., Bard Devices, Inc. and C.R. Bard, Inc.

**McCARTER & ENGLISH, LLP**
Attorney for Defendants
Davol Inc., Bard Devices, Inc. and C.R. Bard, Inc.

By: /s/David J. Cooner
**DAVID J. COONER**
dcooner@mccarter.com
A Member of the Firm

By: /s/ Andrew P. Heyman
**ANDREW P. HEYMAN -**
aheyman@mccarter.com

Dated: June 25, 2008