**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
**-and-**
**SPRIGGS & HOLLINGSWORTH**
1350 I Street, NW
Washington, DC 20005
(202) 898-5800
Attorneys for Defendants
***DAVOL INC., BARD DEVICES, INC., and C.R. BARD, INC.***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| STEVEN KELLIE, an individual, and LORI KELLIE, an individual, and as husband and wife, | ) | |
| Plaintiffs, | ) | Case No.: 08-cv-2984 (RMB) |
| vs. | ) | |
| DAVOL INC., a corporation, BARD DEVICES, INC., a corporation, and C.R. BARD, INC., a corporation, and DOES 1 through 100, inclusive, | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

**ANDREW HEYMAN**, of full age, hereby certifies as follows

1. I am an associate with the law firm McCarter & English LLP, attorneys for defendants Davol Inc., Bard Devices, Inc. and C.R. Bard, Inc. in this case.

2. On June 24, 2008, I caused to be filed, by electronic filing in the United States District Court for the District of New Jersey, Camden Vicinage, the within Answer and Affirmative Defenses of Davol Inc., Bard Devices, Inc., and C.R. Bard, Inc.; Certification of Service; and Notice of Appearance.

3. Further, on this day, I served, by overnight mail, a copy of the foregoing together with all supporting papers upon all counsel of record as follows:

James J. McHugh, Jr., Esq.
Regina Sharlow Johnson, Esq.
Niki A. Trunk
LOPEZ MCHUGH LLP
712 East Main Street, Suite 2A
Moorestown, NJ 08057
(856) 273-8500

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

**ANDREW P. HEYMAN**

Dated: June 25, 2008



ME1 7482221v.1