New Jersey Lawyers Service
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300

NEW JERSEY LAWYERS SERVICE

JOB # 54330

PLAINTIFF

STEVEN KELLIE AN INDIVIDUAL AND LORI KELLIE VS DAVOL INC, BARD DEVICES, INC.; ET ALS

DEFENDANT

**SUPERIOR COURT OF NEW JERSEY**

**LAW DIVISION**

**DOCKET N/A**

AFFIDAVIT OF SERVICE

Attorney: File #

**LOPEZ MCHUGH, LLP**
712 EAST MAIN STREET-SUITE 2A
MOORESTOWN NJ 08057
(856) 273-8500

Papers Served: **SUMMONS AND COMPLAINT**

Person to be served: **BARD DEVICES, INC.**
730 CENTRAL AVENUE
MURRAY HILL NJ 07974

Served Successfully ✓ Not Served | Date **6/13/2008** Time **4:25 PM**

Attempts: ______________

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)

__X__ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(indicate name official title at right)

Name of Person Served and relationship/title:
Address Served:

**REFUSED NAME**

**AUTHORIZED AGENT**

Description of Person Accepting Service:

Sex: **FEMALE** Age: **55-65** Weight: **100-110** Skin Color: **LIGHT** Hair Color: **BLONDE**

Military Service I asked the person whether recipient was in active military service ot the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this
19 day of June 2008

CD
Notary Signature

CLARISSA RUTH DIAZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 4, 2013

I **SALVATORE COSSARI**, at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Service

New Jersey Lawyers Service
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300

JOB # 54329

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION

PLAINTIFF

STEVEN KELLIE AN INDIVIDUAL AND LORI KELLIE VS DAVOL INC, BARD DEVICES, INC.; ET ALS

DOCKET N/A

DEFENDANT

AFFIDAVIT OF SERVICE

Attorney: File #

**LOPEZ MCHUGH, LLP**
712 EAST MAIN STREET-SUITE 2A
MOORESTOWN NJ 08057
(856) 273-8500

Papers Served: **SUMMONS AND COMPLAINT**

Person to be served: **DAVOL, INC.**
730 CENTRAL AVE
MURRAY HILL NJ 07974

Served Successfully ☑ Not Served ☐ Date 6/13/2008 Time 4:25 PM

Attempts: ______________

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)

X Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(indicate name official title at right)

Name of Person Served and relationship/title:
Address Served:

REFUSED NAME
AUTHORIZED AGENT

Description of Person Accepting Service:

Sex: FEMALE Age: 55-65 Weight: 100-110 Skin Color: LIGHT Hair Color: BONDE

Military Service I asked the person whether recipient was in active military service ot the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this 19 day of June 2008

Notary Signature

CLARISSA RUTH DIAZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 4, 2013

I SALVATORE COSSARI, at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Service

New Jersey Lawyers Service
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300

JOB # 54328

PLAINTIFF

STEVEN KELLIE AN INDIVIDUAL AND LORI KELLIE VS DAVOL INC, BARD DEVICES, INC.; ET ALS

DEFENDANT

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION**
**DOCKET N/A**

AFFIDAVIT OF SERVICE

Attorney: File #

**LOPEZ MCHUGH, LLP**
712 EAST MAIN STREET-SUITE 2A
MOORESTOWN NJ 08057
(856) 273-8500

Papers Served: **SUMMONS AND COMPLAINT**

Person to be served: **C.R. BARD INC**
730 CENTRAL AVENUE
MURRAY HILL NJ 07974

Served Successfully ✓ Not Served ☐ Date 6/13/2008 Time 4:25 PM

Attempts: ______________

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)

__X__ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(indicate name official title at right)

Name of Person Served and relationship/title:
Address Served:

REFUSED NAME
AUTHORIZED AGENT

Description of Person Accepting Service:

Sex: FEMALEE Age: 55-65 Weight: 100-110 Skin Color: LIGHT Hair Color: BLONDE

Military Service I asked the person whether recipient was in active military service ot the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this 19 day of June 2008

Notary Signature

CLARISSA RUTH DIAZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expires April 4, 2013

I SALVATORE COSSARI, at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Service

**LOPEZ MCHUGH LLP**
ATTORNEYS & COUNSELORS AT LAW
www.LopezMcHugh.com

CALIFORNIA · NEW JERSEY · PENNSYLVANIA

Niki A. Trunk
Member New Jersey and Pennsylvania Bars
ntrunk@lopezmchugh.com

Reply To:
New Jersey Office

2008 JUL 14 A 11:29

July 10, 2008

**VIA FIRST CLASS MAIL**
Clerk of the Courts
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

08-cv-2984

Re: Steven Kellie vs. Davol Inc, Bard Devices, Inc.; et als.

To Whom It May Concern:

Enclosed please find an original and one copy of Affidavit of Service upon Bard Devices, Inc., Davol, Inc., and C.R. Bard, Inc. Kindly file same and return a filed stamped copy of each in the enclosed self-addressed stamped envelope.

Thank you for your continued courtesies.

Yours very truly,

**LOPEZ MCHUGH, LLP**

NIKI A. TRUNK

NAT/kat
ENCL
cc: David J. Cookes, Esquire