CLOSED, RULE16

# U.S. District Court
# District of New Jersey [LIVE] (Camden)
# CIVIL DOCKET FOR CASE #: 1:08−cv−02984−RMB−AMD

KELLIE et al v. DAVOL, INC. et al
Assigned to: Judge Renee Marie Bumb
Referred to: Magistrate Judge Ann Marie Donio
Case in other court: SUPERIOR COURT OF CAMDEN COUNTY, 0000
Cause: 28:1441 Petition for Removal− Personal Injury

Date Filed: 06/16/2008
Date Terminated: 08/26/2008
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**STEVEN KELLIE**
*an individual*

represented by **JAMES J. MCHUGH, JR.**
LOPEZ MCHUGH, LLP
712 EAST MAIN STREET
SUITE 2A
MOORESTOWN, NJ 08057
(856) 273−8500
Fax: (856) 273−8502
Email: ntrunk@lopezmchugh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LORI KELLIE**
*an individual, and as husband and wife*

represented by **JAMES J. MCHUGH, JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL, INC.**
*a corporation*

represented by **DAVID J. COONER**
MCCARTER &ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07101
(973) 622−4444
Email: dcooner@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BARD DEVICES, INC.**
*a corporation*

represented by **DAVID J. COONER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. BARD, INC.**
*a corporation*

represented by **DAVID J. COONER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOES 1 THROUGH 300**
*inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2008 | Ï 1 | NOTICE OF REMOVAL by DAVOL, INC., BARD DEVICES, INC., C.R. BARD, INC. from SUPERIOR COURT OF CAMDEN COUNTY, ( Filing fee $ 350 receipt number 2047932) (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet, # 3 Certificate of Service)(nf, ) (Entered: 06/20/2008) |
| 06/16/2008 | Ï 2 | Corporate Disclosure Statement by DAVOL, INC., BARD DEVICES, INC., C.R. BARD, INC.. (nf, ) (Entered: 06/20/2008) |
| 06/20/2008 | Ï 3 | ORDER, ( Initial Conference set for 7/30/2008 02:30 PM before Magistrate Judge Ann Marie Donio.). Signed by Magistrate Judge Ann Marie Donio on 6/20/2008. (nf, ) (Entered: 06/20/2008) |
| 06/25/2008 | Ï 4 | ANSWER to Complaint by DAVOL, INC., BARD DEVICES, INC., C.R. BARD, INC.. (Attachments: # 1 Exhibit Notice of Appearance, # 2 Certificate of Service)(COONER, DAVID) (Entered: 06/25/2008) |
| 07/14/2008 | Ï 5 | AFFIDAVIT of Service for Summons and Complaint served on Bard Devices, Inc., Davol, Inc.,C.R. Bard Inc. on 6/13/08, filed by STEVEN KELLIE, LORI KELLIE. (js) (Entered: 07/15/2008) |
| 07/29/2008 | Ï | By Consent of the parties, the Initial Scheduling Conference set for July 30, 2008 is adjourned. (sb) (Entered: 07/29/2008) |
| 08/26/2008 | Ï 6 | Order of MDL Panel transferring case to the District of Rhode Island. (js) (Entered: 08/29/2008) |